UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODY DREVES, | No. 2:23-cv-0044 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOHN MCGARUA, | |
| Defendant. | |

Plaintiff, a Lassen County Jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint as he is required to do under 28 U.S.C. § 1915(a)(2). Accordingly, IT IS HEREBY ORDERED that, within 30 days, plaintiff submit a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of his complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 26, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/drev0044.3