UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CODY DREVES,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN MCGARVA,<br><br>  Defendant. | No.  2:23-cv-0044 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On January 26, 2023, the court ordered that plaintiff, within 30 days, submit a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of his complaint. Plaintiff was warned that failure to so would result in a recommendation that this action be dismissed without prejudice. Plaintiff has not complied with the January 26, 2023 order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
drev0044.frs